# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDMOND WADE GREEN,
          Appellant,

vs.

ISIDRO BACA, WARDEN; AND
NEVADA STATE PRISON,
          Respondents.

No. 69344

**FILED**

FEB 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from district court orders denying a motion for appointment of counsel and a motion for leave to proceed in forma pauperis. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. Patrick Flanagan, District Judge
      Edmond Wade Green
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

16-04662